1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN P. GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
   300 South Fourth Street, Suite 500
4  Las Vegas, NV  89101
5  Phone:  (702) 853-5500
   Fax:  (702) 853-5599
6  Attorneys for Defendant/Cross-Claimant,
   D.R. HORTON, INC., a Delaware Corporation
7

8                 UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10

11  SCOTT and CHRISTINE FAIVRE,          )   CASE NO. 2:11-cv-01488-LRH -PAL
    individually; ROY E. and WANDA L.    )
12  LOSEY, individually; DAVID and LINA  )
    MERCADO, individually; SHAUNA        )   **SUPPLEMENT TO STIPULATION**
13  MORGAN, individually; KENNETH A. and )   **AND ORDER TO EXTEND TIME TO**
    AMY C. PRIMMER, individually; TYRONE )   **FILE DISCOVERY PLAN AND**
14  J. SEVENING, individually; and ROES 1-600, )   **SCHEDULING ORDER**
    inclusive,                           )
15                                       )
                                         )   **[SECOND  REQUEST]**
16            Plaintiffs,                )
    vs.                                  )
17                                       )
    D.R. HORTON, INC., a Delaware        )
18  Corporation; CENTRAL VALLEY          )
    INSULATION, INC., a Nevada Corporation; )
19  SACRAMENTO INSULATION               )
    CONTRACTORS dba GALE INSULATION      )
20  PRODUCTS  dba GALE INSULATION, a     )
    California Corporation; and DOES 1-500; )
21  inclusive,                           )
                                         )
22                                       )
              Defendants.                )
23  _____     )
                                         )
24  D.R. HORTON, INC., a Delaware        )
    Corporation,                         )
25                                       )
              Cross-Claimant,            )
26  vs.                                  )
                                         )
27  CENTRAL VALLEY INSULATION, INC., a   )

28
                                    1

120705-1

1  Nevada Corporation; SACRAMENTO )
   INSULATION CONTRACTORS dba GALE )
2  INSULATION PRODUCTS  dba GALE )
   INSULATION, a California Corporation; and )
3  MOES 1-500; inclusive, )
                                                        )
4                   Cross-Defendants. )
                                                        )
5  _____ )

6         **IT IS HEREBY STIPULATED BY AND BETWEEN,** PLAINTIFFS, by and through

7  their attorneys of records, Shinnick, Ryan & Ransavage, P.C., Defendant/Cross-Claimant, D.R.

8  HORTON, INC., by and through its attorneys of record, Koeller, Nebeker, Carlson & Haluck,

9  LLP, and Defendant/Cross-Defendant, SACRAMENTO INSULATION CONTRACTORS dba

10 GALE INSULATION PRODUCTS  dba GALE INSULATION, by and through its attorneys of

11 record, HANSEN RASMUSSEN, that, good cause appearing, an additional week is necessary

12 in order for the parties to agree to and file a Discovery Plan and Scheduling Order.[1]

13 DATED this 14th day of November, 2011.

14 KOELLER NEBEKER CARLSON          SHINNICK, RYAN & RANSAVAGE
    & HALUCK, LLP
15

16 By____/s/ Ian P. Gillan._____     By____/s/ Eric Ransavage_____
        MEGAN K. DORSEY, ESQ.                DUANE E. SHINNICK, Esq.
17      Nevada Bar No. 6959                  Nevada Bar No. 7176
        IAN P. GILLAN, ESQ.                  ERIC RANSAVAGE, Esq.
18      Nevada Bar No. 9034                  Nevada Bar No. 8876
        300 South Fourth Street, Suite 500   BRADLEY ROSENBERG, Esq.
19      Las Vegas, NV  89101                 Nevada Bar No. 8737
        Attorneys for Defendant/Cross-Claimant,  2881 Business Park Court, Suite 210
20      D.R. HORTON, INC., a Delaware        Attorneys for Plaintiffs
        Corporation
21

22

23

24

25

_____

26 [1] Due to Veteran's day on November 11, 2011, counsel for Defendants/Cross-Defendants, Sacramento Insulation
    Contractors, d/b/a Gale Insulation Products, d/b/a Gale Insulation was not available to review the Stipulation and
27  Order to Extend Time for the Parties to File a Discovery Plan and Scheduling Order in this matter and thus his
    electronic signature was not included on the document.  As such, this Supplement includes Mr. Rasmussen's
28  electronic signature.

2

120705-1

1  HANSEN RASMUSSEN, LLC

2  By_____/s/ R. Scott Rasmussen_____
      R. SCOTT RASMUSSEN, ESQ.
3     Nevada Bar No. 6100
      Attorneys for Defendants/Cross-Defendants,
4     SACRAMENTO INSULATION
      CONTRACTORS dba GALE
5     INSULATION PRODUCTS  dba GALE
6     INSULATION

                              **ORDER**
7

8      **IT IS HEREBY ORDERED** that the parties have until November 18, 2011 to file a

9  Discovery Plan and Scheduling Order.

10

11  Dated this 15th day of November, 2011.

12

13                                          _____
                                            UNITED STATES DISTRICT COURT
14                                          MAGISTRATE

15

16  Respectfully Submitted,
17

18  KOELLER NEBEKER CARLSON
19   & HALUCK, LLP

20  By_____/s/ Ian P. Gillan_____
      MEGAN K. DORSEY, ESQ.
21    Nevada Bar No. 6959
      IAN P. GILLAN, ESQ.
22    Nevada Bar No. 9034
23    300 South Fourth Street, Suite 500
      Las Vegas, NV  89101
24    Attorneys for Defendant/Cross-Claimant,
      D.R. HORTON, INC., a Delaware
25    Corporation

26

27

28
                                  3

120705-1