MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:   (702) 853-5599
Attorneys for Defendant/Cross-Claimant,
D.R. HORTON, INC., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT and CHRISTINE FAIVRE, individually; ROY E. and WANDA L. LOSEY, individually; DAVID and LINA MERCADO, individually; SHAUNA MORGAN, individually; KENNETH A. and AMY C. PRIMMER, individually; TYRONE J. SEVENING, individually; and ROES 1-600, inclusive,<br><br>Plaintiffs,<br>vs.<br><br>D.R. HORTON, INC., a Delaware Corporation; CENTRAL VALLEY INSULATION, INC., a Nevada Corporation; SACRAMENTO INSULATION CONTRACTORS dba GALE INSULATION PRODUCTS  dba GALE INSULATION, a California Corporation; and DOES 1-500; inclusive,<br><br>Defendants.<br><br>D.R. HORTON, INC., a Delaware Corporation,<br><br>Cross-Claimant,<br>vs.<br><br>CENTRAL VALLEY INSULATION, INC., a | CASE NO. 2:11-cv-01488-LRH -PAL<br><br>**SUPPLEMENT TO STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[SECOND REQUEST]** |

1

120705-1

1  Nevada Corporation; SACRAMENTO )
   INSULATION CONTRACTORS dba GALE )
2  INSULATION PRODUCTS dba GALE )
   INSULATION, a California Corporation; and )
3  MOES 1-500; inclusive, )
                                              )
4                                             )
               Cross-Defendants.              )
5  _____)

6       **IT IS HEREBY STIPULATED BY AND BETWEEN,** PLAINTIFFS, by and through

7  their attorneys of records, Shinnick, Ryan & Ransavage, P.C., Defendant/Cross-Claimant, D.R.

8  HORTON, INC., by and through its attorneys of record, Koeller, Nebeker, Carlson & Haluck,

9  LLP, and Defendant/Cross-Defendant, SACRAMENTO INSULATION CONTRACTORS dba

10 GALE INSULATION PRODUCTS dba GALE INSULATION, by and through its attorneys of

11 record, HANSEN RASMUSSEN, that, good cause appearing, an additional week is necessary

12 in order for the parties to agree to and file a Discovery Plan and Scheduling Order.[1]

13 DATED this 14th day of November, 2011.

14 KOELLER NEBEKER CARLSON                    SHINNICK, RYAN & RANSAVAGE
15 & HALUCK, LLP

16 By____/s/ Ian P. Gillan._____           By____/s/ Eric Ransavage_____
       MEGAN K. DORSEY, ESQ.                        DUANE E. SHINNICK, Esq.
17     Nevada Bar No. 6959                          Nevada Bar No. 7176
       IAN P. GILLAN, ESQ.                          ERIC RANSAVAGE, Esq.
18     Nevada Bar No. 9034                          Nevada Bar No. 8876
19     300 South Fourth Street, Suite 500           BRADLEY ROSENBERG, Esq.
       Las Vegas, NV 89101                          Nevada Bar No. 8737
20     Attorneys for Defendant/Cross-Claimant,      2881 Business Park Court, Suite 210
       D.R. HORTON, INC., a Delaware                Attorneys for Plaintiffs
21     Corporation

22

23

24

25

---

26 [1] Due to Veteran's day on November 11, 2011, counsel for Defendants/Cross-Defendants, Sacramento Insulation Contractors, d/b/a Gale Insulation Products, d/b/a Gale Insulation was not available to review the Stipulation and
27 Order to Extend Time for the Parties to File a Discovery Plan and Scheduling Order in this matter and thus his electronic signature was not included on the document. As such, this Supplement includes Mr. Rasmussen's
28 electronic signature.

120705-1

HANSEN RASMUSSEN, LLC

By    /s/ R. Scott Rasmussen
    R. SCOTT RASMUSSEN, ESQ.
    Nevada Bar No. 6100
    Attorneys for Defendants/Cross-Defendants,
    SACRAMENTO INSULATION
    CONTRACTORS dba GALE
    INSULATION PRODUCTS dba GALE
    INSULATION

## ORDER

**IT IS HEREBY ORDERED** that the parties have until November 18, 2011 to file a Discovery Plan and Scheduling Order.

Dated this 15th day of November, 2011.

                                                UNITED STATES DISTRICT COURT MAGISTRATE

Respectfully Submitted,

KOELLER NEBEKER CARLSON
 & HALUCK, LLP

By    /s/ Ian P. Gillan
    MEGAN K. DORSEY, ESQ.
    Nevada Bar No. 6959
    IAN P. GILLAN, ESQ.
    Nevada Bar No. 9034
    300 South Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Defendant/Cross-Claimant,
    D.R. HORTON, INC., a Delaware
    Corporation