# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT and CHRISTINE FAIVRE, individually; ROY E. and WANDA L. LOSEY, individually; DAVID and LINA MERCADO, individually; SHAUNA MORGAN, individually; KENNETH A. and AMY C. PRIMMER, individually; TYRONE J. SEVENING, individually; and ROES 1-600, inclusive, <br><br>   Plaintiffs, <br><br> vs. <br><br> D.R. HORTON, INC., a Delaware Corporation; CENTRAL VALLEY INSULATION, INC., a Nevada Corporation; SACRAMENTO INSULATION CONTRACTORS dba GALE INSULATION PRODUCTS dba GALE INSULATION, a California Corporation; and DOES 1-500; inclusive, <br><br>   Defendants. | CASE NO. 2:11-cv-01488-LRH -PAL <br><br> **STIPULATION AND ORDER TO REMAND TO THE EIGHTH JUDICIAL DISTRICT COURT OF NEVADA** |
| D.R. HORTON, INC., a Delaware Corporation, <br><br>   Cross-Claimant, <br><br> vs. <br><br> CENTRAL VALLEY INSULATION, INC., a | |

1

119601-1

1  Nevada Corporation; SACRAMENTO )
   INSULATION CONTRACTORS dba GALE )
2  INSULATION PRODUCTS dba GALE )
   INSULATION, a California Corporation; and )
3  MOES 1-500; inclusive, )
                                            )
4          Cross-Defendants. )
5  _____)

6  **IT IS HEREBY STIPULATED BY AND BETWEEN,** PLAINTIFFS, by and through

7  their attorneys of records, Shinnick, Ryan & Ransavage, P.C., Defendant/Cross-Claimant, D.R.

8  HORTON, INC., by and through its attorneys of record, Koeller, Nebeker, Carlson & Haluck,

9  LLP, and Defendant/Cross-Defendant, SACRAMENTO INSULATION CONTRACTORS dba

10 GALE INSULATION PRODUCTS dba GALE INSULATION, by and through its attorneys of

11 record, HANSEN RASMUSSEN, LLC, that:

12     1. For any and all litigation regarding the claims at issue in this case, Plaintiffs will
13        not seek and cannot receive damages in excess of $1,400 per home, inclusive of
14        all prejudgment interest, costs, and fees, including those recoverable pursuant to
15        Nevada Revised Statute Section 40.655 such as attorneys' fees. Plaintiffs are not
16        seeking exactly $1,400 per home, this is the maximum Plaintiffs will seek and
17        can potential receive.
18     2. Based on the limitation of Plaintiffs' damages to $1,400 per home, the parties
19        agree to remand this case to the Eighth Judicial District Court as the case in
20        controversy amount has not been met.

23 //
24 //
25 //
26 //
27 //
28
                                              2

3. The parties agree to waive any claims to attorneys' fees and costs related to the Removal and Remand of this case.

DATED this 28th day of November, 2011.

KOELLER NEBEKER CARLSON & HALUCK, LLP

By /s/ Ian P. Gillan, Esq.
　IAN P. GILLAN, ESQ.
　Nevada Bar No. 9034
　Attorneys for Defendant/Cross-Claimant,
　D.R. HORTON, INC.

HANSEN RASMUSSEN, LLC

By /s/ R. Scott Rasmussen, Esq.
　R. SCOTT RASMUSSEN, ESQ.
　Nevada Bar No. 6100
　Attorneys for Defendants/Cross-Defendants,
　GALE INSULATION

SHINNICK, RYAN & RANSAVAGE

By /s/ Eric Ransavage, Esq.
　ERIC RANSAVAGE, Esq.
　Nevada Bar No. 8876
　Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3